IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANGEL MARTINEZ, | : | |
| Petitioner, | : | Case No. 5:09-CV-16 (HL) |
| v. | : | Case No. 5:07-CR-16 (HL) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

The Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 546), entered April 14, 2010, is before the Court. Petitioner has not filed a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation to deny Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 539).

**SO ORDERED**, this the 14th day of May, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh